**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| MARK A. EMMETT, | : No. 397 MAL 2017 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| | : |
| STATE CIVIL SERVICE COMMISSION | : |
| (PENNSYLVANIA LIQUOR CONTROL | : |
| BOARD), | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.